Arnold J. HELLMICH, Collector of Internal, Revenue, etc., Plaintiff in Error, v. Milton C. HELLMAN, Defendant in Error.

(Circuit Court of Appeals, Eighth Circuit. March 18, 1927.)

No. 7299.

In Error to the District Court of the United States for the Eastern District of Missouri.

John R. Wheeler, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C. (Louis H. Breuer, U. S. Atty., of Rolla, Mo., Claude M. Crooks, Asst. U. S. Atty., of St. Louis, Mo., and A. W. Gregg, General Counsel, Bureau of Internal Revenue, of Washington, D. C., on the brief), for plaintiff in error.

Henry H. Furth, of St. Louis, Mo., for defendant in error.

Before KENYON, Circuit Judge, and MOLYNEAUX and OTIS, District Judges.

KENYON, Circuit Judge. The same question is involved in this case as in No.

7298, Arnold J. Hellmich, Collector, etc., v. Isadore N. Hellman, 18 F.(2d) 239 (opinion this day filed). In accordance with the decision in that case the judgment in this is affirmed.